UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                                           )
       Plaintiff, )
                                                           ) Case No. MJ08-472
     v. )
                                                           )
WILLIAM PARISEAU, ) DETENTION ORDER
                                                           )
       Defendant. )
_____ )

<u>Offenses charged</u>:

     Count 1:     Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

<u>Date of Detention Hearing</u>:    October 21, 2008

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     (1)     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

     (2)     Defendant has no ties in the Western District of Washington or to this community.

     (3)     Defendant has an on-going substance abuse problem.

DETENTION ORDER                                                             15.13
18 U.S.C. § 3142(i)                                                        Rev. 1/91
PAGE 1

(4) Defendant has a history of failures to comply with court orders.

(5) The weight of the evidence is very strong.

(6) Based on the nature of the pending charges, defendant is considered a flight risk. There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight, or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of October, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge